**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------X

JASON COLEY

                Plaintiff,

-against-

THE UNITED STATES OF AMERICA

                Defendant.

-----------------------------------------------------X

Docket No.

**COMPLAINT**

Plaintiff, JASON COLEY complaining of the defendant, THE UNITED STATES OF AMERICA, by his attorneys, FRANZBLAU DRATCH, P.C. respectfully alleges upon information and belief as follows:

1.     At the time of the commencement of this action, plaintiff was a resident of New Jersey and is currently located in Raleigh, North Carolina.

2.     This cause of action arises from negligence that occurred on May 10, 2018 while plaintiff was confined to FCI Fort Dix.

3.     This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 28 U.S.C. § 2671, *et. seq.* and 39 U.S.C. § 409.

4.     Venue is laid in this District as the events giving rise to this action occurred at FCI Fort Dix.

5.     That on or about April 2, 2019, plaintiff caused an administrative claim to be filed with the United States Bureau of Prisons.

6.     That defendant denied plaintiff's claim by letter dated October 2, 2019.

7.     That this action is being commenced six (6) months after the denial of plaintiff's claim.

00178674 - 1

8.      That at all times hereinafter mentioned, defendant was to provide plaintiff with safe premises as a prisoner under the care and custody of the defendant.

9.      On or about May 10, 2018 at approximately 1:30 a.m., plaintiff was assigned to Building 5741 at FCI Fort Dix.

10.     On the above date and time, plaintiff attempted to move an industrial fan outside room 315 on the third floor of building 5741 in an effort to cool down the hallway.

11.     Unbeknown to plaintiff, the back of the fan had been removed causing plaintiff to suffer severe injuries to his hand.

12.     The defendant owes a duty of care to provide a safe place for plaintiff as a prisoner.

13.     The defendant breached its duty of care, in failing to provide a safe place for plaintiff, in that, the defendant was aware that the back of the fan had been removed which created a dangerous condition.

14.     That defendant failed to repair and or maintain the fan in question prior to plaintiff's injury.

15.     That as a result of the aforementioned breach of its duty and as a direct and proximate cause, the plaintiff sustained severe injuries of a permanent nature preventing the plaintiff from performing his normal activities of life and business resulting in great pain to his mind and body, loss of enjoyment of life and, hospitalization, loss of earning capacity and other expenses occasioned by injuries and disability sustained by him as a result of the aforementioned.

**WHEREFORE,** plaintiff demands judgment against the defendant for the following relief:

00178874 - 1

(A)    Damages;

(B)    Costs;

(C)    Interest;

(D)    for such other relief as the Court deems just and proper

DATED: December 18, 2019

FRANZBLAU DRATCH, P.C.

/s/ Brian M. Dratch
By:      BRIAN M. DRATCH
         Attorneys for Plaintiff
         354 Eisenhower Parkway
         Livingston, New Jersey 07039
         (973) 992-3700

To: The United States of America
    C/o United States Attorney General
    970 Broad Street, 7th Floor
    Newark, NJ 07102

     The Honorable William Barr
     Attorney General of the United States United States Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001